# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Plaintiff,** | |
| v. | Case No. 18-00765-CV-W-NKL |
| **$14,240.00 IN UNITED STATES CURRENCY,** | |
| **Defendant.** | |

## ORDER OF DEFAULT JUDGMENT OF FORFEITURE

Plaintiff, United States of America, has moved this Court, pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, for entry of a final judgment by default. Plaintiff has shown that there was reasonable cause for seizure of the defendant property, Doc. 1 (Complaint), ¶ 6; that a complaint for forfeiture was filed, *id.*; that all known potential claimants were served by certified United States mail, Doc. 3 (Notice); Doc. 7-2 (Return Receipt); and that any and all other claimants have been served by publication, Doc. 6 (Declaration of Publication). An Entry of Default was made on December 13, 2018 by the Clerk of the Court. Doc. 8 (Clerk's Default). However, no potential claimant has filed a timely claim to the defendant property. Therefore, it is hereby

ORDERED, ADJUDGED AND DECREED:

(1) that a default judgment of forfeiture is hereby entered against the defendant property;

(2) that the defendant $14,240.00 in United States currency is hereby forfeited to the United States of America pursuant to 21 U.S.C. § 881(a)(6);

(3)  that the defendant property shall be disposed of according to law;

(4)  that all persons claiming any right, title or interest in or to the defendant property are held in default;

(5)  that all claims and interests in the defendant property are forever foreclosed and barred;

(6)  that the Clerk of the Court shall enter a judgment consistent with this order.

                                                          s/ Nanette K. Laughrey
                                                          NANETTE K. LAUGHREY
                                                          United States District Judge

Dated:  January 22, 2019
Jefferson City, Missouri